UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN THOMPSON,

    Defendant.

2:17-cr-00135-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion, docket no. 280, to amend Judgment is GRANTED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of January, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1