Honorable Thomas Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR17-135 TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER PERMITTING |
| ) | DELAYED REPORTING |
| ). | TO BUREAU OF PRISONS |
| STEVEN THOMPSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court, having considered the defense motion, docket no. 283, to permit a delayed reporting to the Bureau of Prisons to commence service of the defendant's sentence, and good cause having been shown, orders that the deadline for said reporting shall be delayed to a time on or after March 30, 2018.

Ordered this 7th day of February, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

/s/ Michael Nance
Defense Attorney