# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN THOMPSON,

    Defendant.

CR17-135 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Steven Thompson's motion, docket no. 325, to Enjoin Government from Imposing Arbitrary and Illegal Sexual Offender Registration Requirement with Supporting Declaration and Memorandum is DENIED without prejudice. Defendant's claim is not ripe for consideration.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of December, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1