<span style="text-align:right">Honorable Thomas Zilly</span>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>STEVEN THOMPSON,<br><br>             Defendant. | No. CR17-135 TSZ<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

The Court, having considered the Defense Motion for Early Termination of Supervised Release, docket no. 341, and good cause having been shown, GRANTS the motion. The supervised release previously ordered is hereby terminated.

Dated this 30th day of January, 2020.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge


Presented by:


/s/ Michael Nance
Defense Attorney